310

MACKLOWE REAL ESTATE COMPANY, INC., Appellant. ▮

Concur—Kupferman, J. P., Milonas, Asch, Wallach and Rubin, JJ.

▮ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WONG WAI KWONG, Also Known as KWONG WONG-WAI, Also Known as WAI WONG KWONG, Appellant. ▮

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Milonas, Asch, Wallach and Rubin, JJ.

▮ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY CAREY, Appellant. ▮

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Rosenberger, J. P., Asch, Ellerin and Wallach, JJ.

▮ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT RIVERA, Also Known as ROBERTO RIVERA, Appellant.—

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Carro, Rosenberger, Kassal and Ellerin, JJ.